



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WASTE FACILITIES OF LAFAYETTE, L.L.C. | CIVIL NO. 6:12-00722 (LEAD) C/W 6:12-0851 (MEMBER) |
| v. | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CONSOLIDATED GOVERNMENT | MAGISTRATE JUDGE C. MICHAEL HILL |

## CONSENT JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion for Consent Judgment of Dismissal filed on behalf of Plaintiff, Waste Facilities of Lafayette, LLC, and Defendant, Lafayette City-Parish Consolidated Government and the payment of settlement funds ordered herein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, in an effort to facilitate the timely payment of settlement funds and dismissal of this suit, LCG pay the settlement funds to Waste Facilities out of LCG Fund # 271.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Joint Motion for Consent Judgment of Dismissal is GRANTED, and all of the claims in the above-captioned lawsuit by and between Waste Facilities of Lafayette, LLC and Lafayette City-Parish Consolidated Government are dismissed, with prejudice, including all of the claims in the main demand, as well as all amendments and supplements to the foregoing, with each party to bear its own costs.

Lafayette, Louisiana, this 20th day of February, 2013.

_____
U.S. DISTRICT COURT JUDGE